**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

JAMES BENJAMIN WRIGHT
ADC #104462                                                                                           PLAINTIFF

V.                                          1:08CV00040 JMM/JTR

BRANDON K. LANE,
Corporal, North Central Unit,
Arkansas Department of Correction, et al.                              DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED, WITH PREJUDICE, and Judgment is entered in favor

of Defendants on all claims set forth herein.  Further, the Court certifies, pursuant to 28 U.S.C. §

1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would

not be taken in good faith.

Dated this ___13__ day of __July__, 2009.

_____
UNITED STATES DISTRICT JUDGE